[No. 41439-2-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DEONDRE LAMAR POSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00604-6, Stephanie A. Arend, J., entered October 22, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 41556-9-II.   Division Two.   April 2, 2013.]

*In the Matter of Personal Restraint of* DANIEL MARSHALL AGUIRRE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42139-9-II.   Division Two.   April 2, 2013.]

ED BRICKER, *Appellant*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02260-4, Paula Casey, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Wiggins, J. Pro Tem.

[No. 42313-8-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO HERNANDEZ-LEON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00986-5, Michael H. Evans, J., entered June 16, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Penoyar, J.